1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LUCIAN PERGUIDI,                          CASE NO. CV F 07-1471 LJO DLB

12                    Plaintiff,               **ORDER TO DISMISS AND TO CLOSE
                                               ACTION**
13        vs.                                  (Doc. 6.)

14   COUNTY OF STANISLAUS
     DEPARTMENT OF ENVIRONMENTAL
15   RESOURCES, et. al.,

16                    Defendants.
                                          /
17

18        Based on plaintiff Lucian Perguidi's filing of Notice of Voluntary Dismissal, this Court:

19        1.    DISMISSES this action without prejudice;

20        2.    VACATES all pending matters, including the November 20, 2007 hearing on

21        defendants' motion to dismiss and February 20, 2008 scheduling conference; and

22        3.    DIRECTS the clerk to close this action.

23

24

25        IT IS SO ORDERED.

26   **Dated:    October 31, 2007**          _____/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES DISTRICT JUDGE
27

28

                                          1